**Michael James GOINS, Plaintiff—Appellant,**

v.

**LOCAL 2047 I L A EXECUTIVE BOARD, Defendant—Appellee.**

No. 03–30224.

United States Court of Appeals, Fifth Circuit.

DECIDED: April 22, 2004.

Michael James Goins, Alexandria, LA, pro se.

Diogenis C. Panagiotis, Lafayette, LA, for Defendant–Appellee.

Before JOLLY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in the light of the briefs, oral argu-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

701

ments and pertinent parts of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court. Consequently, the district court's judgment is

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

